No. 387. LAMSON Co., INC., *v.* INGALLS, TRUSTEE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Messrs. E. Crosby Kindleberger* and *Richard T. Rector* for petitioner. *Messrs. B. G. Watson* and *C. M. Gibson* for respondent.